IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY TURNER, *et al.*                                                                              PLAINTIFFS

V.                                        CASE NO. 4:92-CV-4040

LAFAYETTE COUNTY SCHOOL DISTRICT, *et al.*                      DEFENDANTS

ARKANSAS DEPARTMENT OF EDUCATION and
ARKANSAS STATE BOARD OF EDUCATION                                   INTERVENORS

## **ORDER**

Before the Court is the Arkansas Department of Education and Arkansas State Board of Educations' Motion to Relieve Co-Counsel. ECF No. 70. In the instant motion, the Arkansas Department of Education ("ADE") and Arkansas State Board of Education ("ASBE") assert that Monty V. Baugh is no longer assigned to this case and, accordingly, should be relieved as co-counsel. The ADE and ASBE further state that they will continue to be represented by other attorneys who have already entered appearances in this matter.

Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED**. Monty V. Baugh is hereby relieved as co-counsel of record for the ADE and ASBE. The Clerk of Court is directed to remove Mr. Baugh from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 10th day of December, 2018.

                                                                         /s/ Susan O. Hickey
                                                                         Susan O. Hickey
                                                                         United States District Judge