IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY TURNER, *et al.*                                                                                 PLAINTIFFS

v.                                     Case No. 4:92-cv-4040

LAFAYETTE COUNTY SCHOOL DISTRICT, *et al.*                     DEFENDANTS

ARKANSAS DEPARTMENT OF EDUCATION and
ARKANSAS STATE BOARD OF EDUCATION                              INTERVENORS

**ORDER**

Before the Court is Plaintiffs' Motion to Adopt Response to Motion for Stay Pending Appeal. (ECF No. 80). The Court finds that no response is necessary.

On February 15, 2019, Intervenors Arkansas Department of Education and Arkansas State Board of Education (the "ADE and SBE") filed a motion to stay the Court's modification order dated January 17, 2019, pending the resolution of the ADE and SBE's appeal of the same. On March 1, 2019, Defendant Lafayette County School District ("LCSD") filed a response in opposition to that motion. On March 4, 2019, Plaintiffs filed the instant motion, asking the Court for leave to adopt by reference LCSD's response and brief opposing the ADE and SBE's motion to stay.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Plaintiffs' motion (ECF No. 80) is hereby **GRANTED**. The Court shall treat LCSD's response and brief as having been adopted by reference by Plaintiffs.

**IT IS SO ORDERED**, this 5th day of March, 2019.

                                                                  /s/ Susan O. Hickey
                                                                  Susan O. Hickey
                                                                  Chief United States District Judge