## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**MARY TURNER**, *et al.*
                                                                                                **PLAINTIFFS**

v.                                        No. 4:92-cv-04040-SOH

**LEWISVILLE SCHOOL DISTRICT**, *et al.*                                **DEFENDANTS**

### MOTION TO INTERVENE AND DECLARE LAFAYETTE COUNTY SCHOOL DISTRICT UNITARY

Pursuant to Fed. R. Civ. P. 24(a)(2), the Arkansas Department of Education and Board of Education move to intervene and request declaration of unitary status and termination of the consent decree, *see* Doc. 27-1.

Dated: April 7, 2023

                                        Respectfully Submitted,

                                        TIM GRIFFIN
                                        Arkansas Attorney General

                                        */s/ Dylan L. Jacobs*
                                        NICHOLAS J. BRONNI (Ark. Bar No. 2016097)
                                          Arkansas Solicitor General
                                        DYLAN L. JACOBS (Ark. Bar No. 2016167)
                                          Deputy Solicitor General
                                        HANNAH L. TEMPLIN (Ark. Bar No. 2021277)
                                          Assistant Solicitor General
                                        OFFICE OF THE ARKANSAS
                                          ATTORNEY GENERAL
                                        323 Center Street, Suite 200
                                        Little Rock, AR 72201
                                        Phone: (501) 682-3661
                                        Fax: (501) 682-2591
                                        Email: Nicholas.Bronni@arkansasag.gov
                                                 Dylan.Jacobs@arkansasag.gov
                                                 Hannah.Templin@arkansasag.gov

                                        *Attorneys for Intervenors*