# Exhibit A

Case 4:82-cv-04040-SOH Document 95-1 Filed 04/07/23 Page 2 of 3 PageID #: 1093
Case 1:60-cv-02695-SOH Document 595-1 Filed 08/18/16 Page 178 of 252 PageID #: 10934
175

```
1   participate in inter-district transfers, did I get that right?
2   A.  Yes, ma'am.
3   Q.  You will agree with me, however, that your lawsuit did not
4   involve inter-district transfers, is that correct?
5   A.  Are you referring to with outside of the district, or
6   inside of the district out, or outside of the district in?
7   Q.  Either.
8   A.  I agree, yes, ma'am.
9   Q.  And so, in fact, Mary Turner was an employee who was
10  raising concerns about fair employment practices, is that
11  correct?
12  A.  Correct.
13  Q.  And with regard to the students, the district was just
14  required to maintain a unitary and racially non-discriminatory
15  school system within the district, is that correct?
16  A.  Correct.
17  Q.  And you have testified that the district is unitarian in
18  all respects, is that correct?
19  A.  As long as we are not required to participate in School
20  Choice.
21  Q.  So if you're required to allow these 34 students to
22  transfer out to these four districts, it's not your testimony
23  that you will then begin discriminating against
24  African-American students in your district, is it?
25  A.  No, ma'am.
```

Case 4:82-cv-04040-SOH Document 95-1 Filed 04/07/23 Page 3 of 3 PageID #: 1094
Case 1:60-cv-01695-SOH Document 95-1 Filed 08/15/23 Page 178 of 252 PageID #: 10915
176

```
 1   Q.  You can still provide a non-discriminatory atmosphere to
 2   your students in the Lafayette County School District, is that
 3   correct?
 4   A.  Yes, ma'am, as well as staff.
 5   Q.  And you will, you will do that, correct?
 6   A.  Correct.
 7   Q.  You will agree with me that you don't have any immediate or
 8   irreparable financial harm if you lose these 34 students?  Your
 9   funding -- and I'll ask you the same questions I've asked
10   everyone else.  Your funding for this current school year is
11   already set, is that correct?
12   A.  It's there; yes, ma'am.
13   Q.  It was based on your average daily membership from three
14   quarters ago, correct?
15   A.  Correct.
16   Q.  You're going to get those funds whether these 34 kids leave
17   or not, correct?
18   A.  Correct, yes.
19   Q.  So you're not in any financial -- financially worse
20   position right now today than you were before these transfers
21   were approved, is that correct?
22   A.  Yes, ma'am; you're correct.
23   Q.  And assuming you have a declining enrollment for any
24   reason, School Choice, relocations, you'll automatically get
25   additional funding from the state to recoup for those lost
```