# Exhibit B

# WHITNEY F. MOORE, P.A.
**ATTORNEY AT LAW**
23 Huntington Road
Little Rock, AR 72227
(870) 818-5490

September 15, 2022

***VIA EMAIL ONLY – Shastady.Wagner@ade.arkansas.gov***
Arkansas Department of Education
Division of Elementary and Secondary Education
Attn: Shastady R. Wagner
4 Capitol Mall, Room 302-A
Little Rock, AR 72201

Re:     Unitary Status Desegregation Obligations of Lafayette County School District

Dear Ms. Wagner:

I am writing as the attorney for Lafayette County School District ("LCSD"). Please consider this correspondence LCSD's quarterly report regarding its unitary status obligations, in compliance with Section 3-A.10 of the Rules Governing Standards for Accreditation of Arkansas Public Schools and School Districts.

**Details of the District's Outstanding Desegregation Obligations**.

LCSD is a defendant in *Turner et al. v. Lewisville School District No. 1*, Case No. 92-4040, U.S. Dist. Ct., W.D. Ark., Texarkana Division. The District has been operating under a consent decree since March 4, 1993, a copy of which is enclosed. The Consent Decree contains provisions addressing:

1.     Constitutional and statutory rights of all plaintiffs, students, faculty, and staff;
2.     Fostering a non-discriminatory environment;
3.     Faculty assignments;
4.     Student assignments and the treatment of black and other minority pupils;
5.     Special education;
6.     School programs, activities, assignments, and rewards;
7.     Student discipline; and
8.     Student retention.

**Description of the District's Efforts Towards Obtaining Full Unitary Status and Release from Court Supervision**.

LCSD currently operates two campuses: Lafayette County Elementary School serves grades K-6 and Lafayette County High School serves grades 7-12.  LCSD submitted annual reports

to the plaintiffs, as required by the Consent Decree, in December 1993, December 1994, and December 1995. Since entry of the Consent Decree, LCSD has implemented and maintained non-discriminatory policies governing its hiring practices, student programs, student discipline, and student retention.

**Detailed Plan Including the District's Progress Toward Meeting Its Obligations**.

LCSD believes it is currently in compliance with all of the provisions listed above. LCSD has equal employment opportunity policies and does not discriminate in its operations. Race is not a factor in faculty or student assignments made within LCSD. Additionally, LCSD does not consider race when referring students for special education services, participation in school programs and activities, discipline, or retention.

**Timeline for Reaching a Determination of Full Unitary Status and Release from Court Supervision**.

LCSD has asked undersigned counsel to estimate the cost of legal fees associated with a motion for unitary status and any resulting court proceedings. LCSD's Superintendent, Opal Anderson, intends to request board approval to move forward with a motion for unitary status, which will request termination of the entire consent decree and release from further court supervision, at LCSD's September 27, 2022 board meeting. If approved, I anticipate that such a motion can be filed with the District Court by the end of 2022 or early 2023. A timeframe for obtaining a decision on the motion is less clear and will depend upon whether the motion is opposed by the plaintiffs, the Court's docket and availability for hearing the motion, and the time it takes the Court to issue an order on the motion.

If you have any questions regarding this correspondence, please do not hesitate to contact me. Thank you very much for your courteous attention.

Sincerely,

*/s/ Whitney Moore*

Whitney F. Moore