# IN THE UNITED STATES DISTRICT COURT 92
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**MARY TURNER,** *et al.*

                              **PLAINTIFFS**

**v.**        **No. 4:92-cv-04040-SOH**

**LEWISVILLE SCHOOL DISTRICT,** *et al.*      **DEFENDANTS**

### MOTION TO WITHDRAW AS COUNSEL

Arkansas Assistant Solicitor General Hannah L. Templin moves to withdraw as attorney for State Intervenors and states:

1. As of June 23, 2023, I will no longer be employed by the Office of the Arkansas Attorney General.

2. Remaining counsel of record for State Intervenors will continue to represent the State in this matter.

Wherefore, Hannah L. Templin respectfully moves the Court to issue an order relieving her as attorney of record for State Intervenors in this matter.

Dated: June 22, 2023

                              Respectfully Submitted,

                              TIM GRIFFIN
                              Arkansas Attorney General

                              Hannah L. Templin (No. 2021277)
                              Assistant Solicitor General
                              OFFICE OF THE ARKANSAS ATTORNEY GENERAL
                              323 Center Street, Suite 200
                              Little Rock, AR 72201
                              (501) 503-4336
                              hannah.templin@arkansasag.gov

                              *Attorney for the State Intervenors*