IN THE UNITED STATES DISTRICT COURT 92
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**MARY TURNER,** *et al.*
                                                          **PLAINTIFFS**

v.                     No. 4:92-cv-04040-SOH

**LEWISVILLE SCHOOL DISTRICT,** *et al.*                  **DEFENDANTS**

### NOTICE OF APPEAL

The Arkansas Department of Education and Arkansas State Board of Education give notice of their appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Order (Doc. 107) issued on March 29, 2024, denying their motion to intervene.

"The denial of a motion to intervene of right is immediately appealable as a final judgment." *S. Dakota ex rel Barnett v. U.S. Dep't of Interior*, 317 F.3d 783, 785 (8th Cir. 2003) (citing *Corby Recreation, Inc. v. Gen. Elec. Co.*, 581 F.2d 175, 176 n. 1 (8th Cir.1978)).

Dated: April 29, 2024                    Respectfully Submitted,

                                                TIM GRIFFIN
                                                Arkansas Attorney General

                                                NICHOLAS J. BRONNI (Ark. Bar No. 2016097)
                                                 Solicitor General
                                                DYLAN L. JACOBS (Ark. Bar No. 2016167)
                                                 Deputy Solicitor General
                                               OFFICE OF THE ARKANSAS
                                                  ATTORNEY GENERAL
                                               323 Center Street, Suite 200
                                               Little Rock, AR 72201
                                               Phone: (501) 682-3661
                                               Email:      nicholas.bronni@arkansasag.gov
                                                                      dylan.jacobs@arkansasag.gov

                                      *Counsel for Intervenors Arkansas Department of Education and Arkansas State Board of Education*