**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**MARY TURNER, ET AL**                                                                          **PLAINTIFFS**

**v.**                                                  **CASE NO. 4:92-cv-4040**

**LEWISVILLE SCHOOL DISTRICT NO. 1**                                       **DEFENDANTS**

**MOTION FOR DECLARATION OF UNITARY STATUS**

Comes the Defendant, Lafayette County School District ("LCSD"), and for its motion for declaration of unitary status, states:

1.      LCSD, the successor to the former Lewisville School District No. 1, is the only remaining defendant in this case, which was brought by a Black staff member, Mary Turner, and Black parents or guardians of minor school-aged children alleging racial discriminatory practices within Lewisville School District.

2.      On March 4, 1993, this Court approved a consent decree, which contained provisions addressing the following:

> a.      The constitutional and statutory rights of all plaintiffs, students, faculty, and staff;
> b.      Fostering a non-discriminatory environment;
> c.      Faculty assignments;
> d.      Student assignments and the treatment of black and other minority pupils;
> e.      Special education;
> f.      School programs, activities, assignments, and rewards;
> g.      Student discipline; and
> h.      Student retention.

*See* Doc. 9, March 4, 1993 Consent Decree, hereafter "1993 Decree".

3.      Since approximately the 1993-94 school year, LCSD has substantially complied with this Court's 1993 Decree, as more fully detailed in the memorandum Brief filed in support of this Motion. LCSD now seeks unitary status.

1

4.     If the Court determines that a hearing is necessary prior to ruling on this motion,

LCSD requests that the Court schedule said hearing at its earliest convenience.

WHEREFORE, Defendant Lafayette County School District prays that the Court issue an

order finding the District unitary and dismissing this case with prejudice.

Respectfully submitted,

Whitney F. Moore (Ark. Bar No. 2009193)
WHITNEY F. MOORE, P.A.
23 Huntington Road
Little Rock, Arkansas 72227
Telephone: (870) 818-5490
Email: whitney@aprobertslaw.com

*Attorney for Lafayette County School District*