IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY TURNER, ET AL                                          PLAINTIFFS

v.                               CASE NO. 4:92-cv-4040

LEWISVILLE SCHOOL DISTRICT NO. 1                       DEFENDANTS

<u>AFFIDAVIT OPAL ANDERSON</u>

COMES now Opal Anderson, and after being duly sworn does state as follows:

1.      My name is Opal Anderson. I am over eighteen years of age and am competent to make this affidavit.

2.      I am currently employed as the superintendent of Lafayette County School District ("LCSD") and have served in that capacity since July 1, 2022.

3.      I have worked for LCSD and its predecessor, Lewisville School District, for approximately 35 years. I began my employment with the District as a teacher in 1989.

4.      In July 2003, Lewisville School District and Stamps School District consolidated into a single district.

5.      At the time the districts consolidated, I became dean of students and assistant principal at LCSD's middle school campus, which was located in Lewisville. I held that position until approximately the 2007-2008 school year, when I became principal of Lafayette County High School ("LCHS"). *Circa* 2018, I left LCHS to become the District's federal programs coordinator, a position I held until becoming superintendent.

6.      I am familiar with the March 4, 1993 consent decree ("1993 Decree") entered in *Turner v. Lewisville School District No. 1*, which required LCSD (as the successor district to Lewisville School District) to take several steps to remedy the effects of past segregation in areas

1

including staffing, student assignment, special education, school programs, student discipline, and student retention.

7.     It is my belief, based on my employment with LCSD as a teacher, principal, federal programs coordinator, and superintendent, that LCSD has complied with the requirements of the 1993 Decree at all times since entry of the consent decree.

8.     LCSD operates two campuses, Lafayette County Elementary School ("LCES") for grades K-6 and LCHS for grades 7-12.

9.     Since *circa* 1993, to the best of my knowledge, the District has complied with the 1993 Decree's general discrimination prohibitions and has not "den[ied] any of the plaintiffs, students, faculty, [or] staff any applicable [constitutional] rights" or "allow[ed] a racially discriminatory environment to exist within the school district."

10.    LCSD has adopted language in its personnel policies in furtherance of the 1993 Decree's general non-discrimination directives. (*See* LCSD's Licensed Personnel Policies, attached hereto as Exhibit "1-A" and LCSD's Classified Personnel Policies, attached hereto as Exhibit "1-B"). Policy 3.19 governs licensed personnel employment and Policy 8.13 governs classified personnel employment; both policies state that the District "is an equal opportunity employer and shall not discriminate on the grounds of race, color, religion, national origin, sex, pregnancy, sexual orientation, gender identity, age, disability, or genetic information." (*See* Ex. 1-A, Licensed Personnel Policy 3.19, p. 61; Ex. 1-B, Classified Personnel Policy 8.13, p. 36). The licensed policy was adopted in April 2003, and the classified policy has been in place since April 2004. (*See* Ex. 1-A, Licensed Personnel Policy 3.19, p. 64; Ex. 1-B, Classified Personnel Policy 8.13, p. 39).

2

11.     The District's federal programs coordinator, Harvey Sellers (Black male), handles inquiries regarding non-discrimination.

12.     Vacancies are posted in all District building offices, on the District's website, and on the District's social media pages. The District also advertises job openings in the local newspaper and on the website of the Arkansas Association of Educational Administrators. The physical on-campus posts and the website posts are up for at least fifteen (15) days unless filling the vacancy is an emergency.

13.     Policies 3.19 and 8.13 require all prospective employees to fill out an application form provided by the District. (*See* Ex. 1-A, Licensed Personnel Policy 3.19, p. 60; Ex. 1-B, Classified Personnel Policy 8.13, p. 35). All employees are subject to a background check, and the superintendent must confirm that their license is not currently suspended or revoked before making a hiring recommendation. *Id.*

14.     When considering an applicant for a position, LCSD uses objective, non-discriminatory, job-related employment criteria, including certification, education, and previous teaching experience.

15.     When multiple applicants apply for a position, the principal of the particular school makes the hiring decision. If the position is for literacy, the literacy facilitator may also participate in the interviews. When the District had a math facilitator, the math facilitator would also participate in interviews for math positions.

16.     If the open position is an administrative position, a hiring committee is formed to conduct interviews.

17.     In recent years, the District has not received many applicants for teaching positions and has struggled to fill vacancies.

18.     Objective criteria are also used when considering employees for promotion, demotion, evaluations, and/or termination.

19.     Current employees who are interested in moving to another position (*i.e.* a position that would be considered a promotion), are not required to submit a formal application for the position but only need to notify the superintendent and the District's treasurer in writing that they are interested in the open position. The District retains correspondence from employees indicating their interest in future promotions.

20.     The District uses the State's Teacher Excellence and Support System ("TESS") for all evaluations of certified personnel. (*See* Ex. 1-A, Licensed Personnel Policy 3.2, p. 12).

21.     Policies 3.36 and 8.31 govern the District's process for determining whether an employee's contract will be renewed and direct the superintendent to make a recommendation based upon: the employee's effectiveness, as judged by his or her evaluations; performance, including disciplinary infractions; and qualifications, including licensure areas, relevant education degrees, and the educator career continuum. (*See* Ex. 1-A, Licensed Personnel Policy 3.36, p. 123; Ex. 1-B, Classified Personnel Policy 3.2, p. 101). An employee's seniority may be considered when all other factors are equal. *Id.*

22.     If termination of an employee is necessary, the District's termination policies are found in Licensed Policy 3.36 and Classified Policy 8.31. (*See* Ex. 1-A, Licensed Personnel Policy 3.36, p. 123; Ex. 1-B, Classified Personnel Policy 3.2, p. 101). Both policies state that the superintendent may recommend an employee's termination for "violation of District policies, State or Federal laws; State Rules; or Federal regulations. *Id.*

23.     As a result of the District's non-discrimination policy regarding hiring, Black employees now hold various positions throughout the District.

4

24.     During the 2023-2024 school year, the positions of superintendent, principal, athletic director, coach, teachers in all four core subject areas, yearbook sponsor, FCCLA sponsor, and cheerleading sponsor were held by Black employees.

25.     During the 2023-2024 school year, LCSD employed six administrators: one female Black principal, one male Black principal, two white male assistant principals, a Black male federal programs coordinator, and a Black female superintendent (67% Black). (*See* 2023-2024 LCSD Staff Demographics, attached hereto as Exhibit "1-C"). LCSD employed 51 total certified employees (40% Black), and 59 non-certified employees (56% Black), for a total of 110 employees (48% Black).

26.     For the 2023-24 school year, 25 total certified employees (38% Black), and 27.5 non-certified employees (66% Black) were assigned to LCES, for a total of 52.5 employees (52% Black). LCHS employed 24 total certified employees (35% Black), and 15 non-certified employees (47% Black), for a total of 39 employees (40% Black).

27.     Given the small numbers of staff, the faculty is fairly balanced, as there are only six more white employees than Black employees at LCES and only seven more white employees than Black employees at LCHS.

28.     I believe the racial composition of LCSD faculty is reasonably proportional to LCSD student enrollment percentages, given various factors including the small teaching staff, declining enrollment of all students, movement of white students to other districts via school choice and other transfer mechanisms, and the District's general difficulties in hiring teachers.

29.     The District has adopted comprehensive student policies developed by the Arkansas School Boards Association. (*See* LCSD's Student Policies, attached hereto as Exhibit "1-D"). LCSD's student policies address equal educational opportunity in Policy 4.11. (*See* Ex. 1-

D, p. 41). The policy states that "no student in the [LCSD] shall, on the grounds of race, color, religion, national origin, sex, sexual orientation, gender identity, age, or disability be excluded from participation in, or denied the benefits of, or subjected to discrimination under any educational program or activity sponsored by the District." *Id.* This policy has been in place since September 2003. *Id.* at p. 42.

30.     Students enrolled in grades K-6 attend LCES. For the 2023-2024 school year, LCES enrolled 246 students, of which 155 students (63.0%) were Black. (*See* Exhibit "1-E", LCES Enrollment Report, August 31, 2023).

31.     Elementary class assignments are determined by the LCES principal and his or her staff conducting a random draw, with slight adjustments made to consider distribution of students by race and gender.

32.     Stacie Mitchell-Gweah (Black female) was LCES's principal during the 2023-2024 school year; LCES's principal for the 2024-2025 school year is Adam Minter (white male).

33.     Students enrolled in grades 7-12 attend Lafayette County High School ("LCHS"). For the 2023-2024 school year, LCHS enrolled 237 students, of which 146 students (61.6%) were Black. (*See* Exhibit "1-F", LCHS Enrollment Report, August 31, 2023).

34.     Total student enrollment for 2023-2024 was 483 students, of which 301 students (62.3%) were Black. (*See* Ex. 1-E, LCES Enrollment Report and Ex. 1-F, LCHS Enrollment Report).

35.     Due to the small size of the student body, LCHS offers two classes for each of the four core subjects. One of the classes is usually an advanced placement or honors class in the particular subject area. The District also uses Arkansas Virtual Academy for some advanced classes.

36.     Class assignments are determined by student request, the student's assignment to advanced placement/honors or regular classes, and where the class fits on their schedule. Assignments to elective classes are based upon students' elective selections and available space in each elective course. If a single student requests a course, the District tries to honor that request by using Virtual Arkansas.

37.     Tony Hartsfield (Black male) served as LCHS's principal during 2023-2024 and is continuing in that position for 2024-2025.

38.     All classrooms are desegregated, and class assignments are made on a non-discriminatory basis.

39.     LCSD follows the State of Arkansas's Smart Core and Core curricula. (*See* Ex. 1-D, Student Policies 4.45 and 4.45.1, pp. 156-168).

40.     The District also pays for LCSD students to obtain college credit through the University of Arkansas at Hope.

41.     All LCSD students promoted from 8th grade are classified as freshmen. All students with 5.5 or more credits shall be classified as sophomores. All students with ten or more credits will be considered juniors, and all students with 16 credits will be considered seniors. LCSD requires a student to earn 24 credits in order to graduate. (*See* Ex. 1-D, Student Policy 4.45.2, p. 169).

42.     LCSD follows all federal and state statutes, rules, and regulations regarding providing special education services.

43.     The District's special education policy is included in Policy 4.49 and has been in place since July 2008. Policy 4.49 states as follows: "[i]n accordance with the Individuals with Disabilities Education Act ("IDEA"), Section 504 of the Rehabilitation Act of 1973, the Americans

with Disabilities Act, and Arkansas Statutes, the district shall provide a free and appropriate public education and necessary related services to all children with disabilities" who either reside within the District's boundaries or reside outside of the District's boundaries but are enrolled in the District. (*See* Ex. 1-D, Student Policy 4.49, p. 184).

44.   The policy specifies the District's intent to "ensure that students who are disabled within the definition of Section 504 . . . are identified, evaluated, and provided with appropriate educational services." (*See* Ex. 1-D, Student Policy 4.49, p. 184).

45.   The District has procedures for identification, evaluation, placement, and delivery of services to children who are eligible for services under IDEA.

46.   Students who are evaluated and determined not to be eligible for services under the IDEA are not classified as special education students.

47.   The Board, via policy 4.49, directs the superintendent to "ensure procedures are in place for the implementation of special education services and that programs are developed to conform to the requirements of state and federal legislation." (*See* Ex. 1-D, Student Policy 4.49, p. 184).

48.   For the 2023-2024 school year, LCSD provided special education services to 123 students, as shown in the chart attached hereto as Exhibit "1-G".

49.   Of the 123 students receiving special education services, 69 students (56.1%) were Black.

50.   I believe that the District has operated in good faith regarding its special education program and that Black students are no longer disproportionately placed in special education.

51.   LCSD offers the following athletic and extracurricular activities for students in grades 7-12: band, baseball, basketball, cheerleading, Educators Rising, football, Future Business

Leaders of America, Future Family, Career, and Community Leaders of America, Future Farmers of America, gifted and talented, National Honor Society, National Junior Honor Society, softball, student council, track, trap shooting, volleyball, and yearbook.

52.     Participation in these activities is determined by the number of students interested and, where applicable, eligibility as determined by the Arkansas Activities Association.

53.     Race is not a factor in the selection processes for any District-sponsored activities, athletics, or other extracurricular program.

54.     For athletics, all interested students are allowed to participate.

55.     Tryouts are held for cheerleading, and judges who are not affiliated with the school district are brought in to avoid any suggestion of favoritism. The cheerleading squad is limited to between 12 and 15 students in accordance with Arkansas Activities Association rules. During both the 2023-2024 and 2024-2025 school years, each student who tried out made the squad because there wasn't that much interest.

56.     Any student who signs up for band class becomes a member of the band.

57.     LCSD applies the membership criteria established by the national chapters of the National Honor Society and National Junior Honor Society in selecting students for those clubs.

58.     The LCHS homecoming court is selected by student vote.

59.     Selections for Governor's school, Boy's State, and Girl's State are made by the high school principal and counselor after reviewing the guidelines for those programs and identifying students who meet the applicable grade point average requirements. Students are required to get three letters of recommendation from their teachers to be considered for recommendation to these programs. For Governor's School, students are also required to write a short essay discussing why they feel they should be chosen to participate.

60.     Student discipline is governed by the District's student policies. (*See generally,* Ex. 1-D, Student Policy 4.17, p. 62). Policy 4.18 sets forth specific prohibited conduct. Policy 4.30 covers student suspensions, and Policy 4.31 governs student expulsions. Additionally, the District also has specific policies covering the following: student conduct while traveling to and from school or a school activity (Policy 4.19), disruptions of the educational environment (Policy 4.20), student assault or battery (Policy 4.21), weapons and dangerous instruments (Policy 4.22), tobacco and related products (Policy 4.23), alcohol (Policy 4.24), and gangs and gang activity (Policy 4.26), among others. (*See* Ex. 1-D, Student Policies).

61.     These discipline policies apply equally to all students, regardless of race.

62.     The District keeps records of student disciplinary actions in each individual student's e-School record, as required by the Arkansas Department of Education. The District also compiles all instances of discipline involvement (i.e. the infraction involved) and discipline with action assigned (i.e. the punishment administered). The District's Discipline Demographics Report for the 2023-2024 school year is attached hereto as Exhibit "1-H".

63.     During the 2023-2024 school year, the District noted 438 disciplinary events, as shown in the chart below. (*See* Ex. 1-H, Discipline Demographics Report).

| | Student Race and Gender | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Black | | White | | Hispanic | | Two or More Races | | Totals |
| **Infraction** | Male | Female | Male | Female | Male | Female | Male | Female | |
| Abuse of Employee | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Attendance | 9 | 12 | 5 | 1 | 0 | 0 | 1 | 0 | 28 |
| Bullying | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 5 |
| Cell phone | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Class disruption | 36 | 20 | 10 | 1 | 1 | 0 | 2 | 1 | 71 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Disorderly conduct | 21 | 8 | 1 | 1 | 0 | 1 | 0 | 0 | 32 |
| Drugs | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 5 |
| Fighting | 34 | 22 | 8 | 5 | 1 | 0 | 2 | 0 | 72 |
| Habitual misbehavior | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Harassment | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 6 |
| Inappropriate activity | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |
| Inappropriate contact | 6 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 12 |
| Instigating | 10 | 9 | 1 | 1 | 1 | 0 | 1 | 0 | 23 |
| Insubordination | 15 | 22 | 3 | 0 | 0 | 0 | 0 | 1 | 41 |
| Knife | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Lying | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Obscene material | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Other | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 |
| Personal Electronic Device | 2 | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 6 |
| Physical attack / harm on staff | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 3 |
| Physical attack / harm on student | 16 | 9 | 7 | 2 | 1 | 0 | 1 | 0 | 36 |
| Profanity | 14 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 16 |
| Sexual harassment | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Stealing/Theft | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Tardy | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Technology use violation | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 4 |
| Terroristic threats | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| Threaten teacher | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
| Tobacco / e-cigarette / vaping devices | 7 | 5 | 9 | 3 | 1 | 0 | 0 | 1 | 26 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transportation | 7 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 12 |
| Vandalism | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 5 |
| Weapon | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Totals by Race and Gender | 211 | 126 | 62 | 16 | 8 | 1 | 11 | 3 | 438 |
| Total by Race | 337 (76.9%) | | 78 (17.8%) | | 9 (2.1%) | | 14 (3.2%) | | 438 |

64.     Potential results following a student's commission of an infraction such as those described above may include corrective action steps (such as counseling), detention, corporal punishment, in-school suspension, out-of-school suspension, expulsion, or, if the infraction occurs on a school bus, a bus suspension. Corrective actions are not considered discipline and are not documented as such.

65.     During the 2023-2024 school year, the District noted 339 disciplinary actions, as shown in the chart below. (*See* Ex. 1-H, Discipline Demographics Report).

| | Student Race and Gender | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Black | | White | | Hispanic | | Two or More Races | | |
| **Discipline Action Assigned** | Male | Female | Male | Female | Male | Female | Male | Female | |
| Bus Suspension | 7 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 12 |
| Corporal Punishment | 24 | 20 | 8 | 4 | 2 | 0 | 1 | 0 | 59 |
| Detention | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| In-School Suspension | 70 | 48 | 26 | 8 | 3 | 1 | 3 | 1 | 160 |
| OCS – On Campus Suspension | 21 | 15 | 10 | 2 | 0 | 0 | 3 | 1 | 52 |
| Out-of-School Suspension | 18 | 19 | 6 | 2 | 0 | 0 | 2 | 1 | 48 |
| Parent / Guardian conference | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| Warning | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Totals | 143 | 107 | 55 | 16 | 5 | 1 | 9 | 3 | 339 |
| Total by Race | 250 (73.7%) | | 71 (20.9%) | | 6 (1.8%) | | 12 (3.6%) | | 339 |

66.     During the 2023-2024 school year, 48 students had only one occurrence of out-of-school suspension, including 18 Black males (37.5%) and 19 Black females (39.6%), and Black students accounted for 77.1% of all out-of-school suspensions. (*See* Ex. 1-H, Discipline Demographics Report).

67.     During the 2023-2024 school year, the number of students who had multiple occurrences of out-of-school suspension were as follows: 11 Black males, 11 Black females, 1 male of two or more races, and 1 white male. (*See* Ex. 1-H, Discipline Demographics Report).

68.     As shown in the charts attached in Exhibit 1-H, Black students accounted for 76.9% of all disciplinary events and 73.7% of all disciplinary actions.

69.     The report notes that "students with multiple occurrences of [one] incident [category] are counted only once per incident code." (*See* Ex. 1-H, Discipline Demographics Report).

70.     The discipline report does not reflect how often a single individual student was subject to multiple disciplinary actions for violating different incident codes.

71.     No students were expelled during the 2023-2024 school year.

72.     The District ensures that all employees attend all state-mandated trainings regarding student discipline. The District's handbook committees are comprised of school employees, parents, and students, which give parents and students the opportunity to discuss revisions to current discipline policies.

73.     LCSD adopted Policy 4.55 regarding Student Promotion and Retention in September 2003. (*See* Ex. 1-D, Student Policy 4.55, pp. 195-202). The policy prohibits "social

promotion," in accordance with state law. *Id.* at p. 195. The District is required to evaluate each student annually and to notify parents if a student may be retained or required to retake a course. *Id.* The District's policy includes a detailed process for each grade, taking into consideration a variety of factors including "age, maturity, motor coordination, capacity for learning, and academic progress." *Id.* In all cases, decisions regarding promotion or retention of a student "shall be made on the basis of which grade placement provides the student a better chance of progressing in his/her educational development." *Id.* The retention policy also provides for a conference to be held if there is any "doubt concerning the promotion or retention of a student or his/her required retaking of a course," which should include the principal, student's teachers, school counselor, a 504/special education representative (if applicable), and the student's parents or guardians. *Id.* at p. 196.

74.     Each LCSD student is required by State law to have a student success plan (SSP) that is reviewed and updated annually. (*See* Ex. 1-D, Student Policy 4.55, p. 197). LCSD's SSPs are made in conjunction with the student and his or her parent.

75.     At the elementary level, there may be some retention on an individual basis, in rare cases. The principal has the final authority for promotion/retention decisions for students in grades Kindergarten through eighth.

76.     Specifically, students in Kindergarten through second grade will be promoted "unless there are indications that would prohibit them from coping with the academic expectations of the next grade level." (*See* Ex. 1-D, Student Policy 4.55, p. 196). Students in grades 3-8 will be promoted to the next grade level with a passing grade of 60 in three of the four core classes: language arts, math, science, and social studies. *Id.*

77.     During the 2023-2024 school year, one Black student was retained in first grade, and the parent agreed with the retention decision.

78.     Retention is not used for LCHS students. For students who do not receive credit for a particular class, the District offers credit recovery during the school year and summer school.

79.     Students in grades 9-12 must attain the designated number of credit units prior to being promoted to the next grade level and classification.

80.     The 1993 Decree required the District to make "annual reports of their progress" regarding the terms and conditions of the consent decree, with the reports to be delivered to counsel for the plaintiffs on or before December 15 for three years, in 1993, 1994, and 1995. Superintendent Anderson does not have knowledge of these particular reports but assumes that they were timely submitted because she is not aware of any complaint from the Plaintiffs that they did not receive the reports.

FURTHER, THE AFFIANT SAITH NOT.

_____
Opal Anderson

STATE OF ARKANSAS

COUNTY OF LAFAYETTE

Subscribed and sworn before me this 18 day of September, 2024.

<div style="border:1px solid blue;">
LAURA BLAKLEY<br>
Notary Public-Arkansas<br>
Lafayette County<br>
My Commission Expires 08-02-2031<br>
Commission # 12383476
</div>

_____
Notary Public

My Commission Expires:

8/2/2031