## School Year 2024 Discipline Demographics Report

**Student Count of Discipline Involvement (Students with multiple occurrences of an incident are counted only once per incident code)**

| | | | | Special ED | | 504 | |
|---|---|---|---|---|---|---|---|
| | | | | N | Y | N | Y |
| Abuse of Employee | ELL: N | Males | Black | 1 | | | 1 |
| | | Females | Black | 2 | | 2 | |
| Attendance Policy Violation | ELL: N | Males | Black | 7 | 2 | 7 | 2 |
| | | | Two or More Races | 1 | | 1 | |
| | | | White | 4 | 1 | 5 | |
| | | Females | Black | 12 | | 12 | |
| | | | White | 1 | | | 1 |
| Bullying | ELL: N | Males | Black | 3 | | 3 | |
| | | | White | 2 | | 1 | 1 |
| Cell Phone | ELL: N | Males | White | 1 | | 1 | |
| Class Disruption | ELL: N | Males | Black | 33 | 3 | 28 | 8 |
| | | | Hispanic or Latino | | 1 | 1 | |
| | | | Two or More Races | 2 | | 2 | |
| | | | White | 6 | 4 | 10 | |
| | | Females | Black | 16 | 4 | 14 | 6 |
| | | | Two or More Races | 1 | | 1 | |
| | | | White | 1 | | 1 | |
| Disorder Conduct | ELL: N | Males | Black | 15 | 6 | 16 | 5 |
| | | | White | 1 | | 1 | |
| | | Females | Black | 7 | 1 | 8 | |
| | | | Hispanic or Latino | | 1 | 1 | |
| | | | White | 1 | | 1 | |
| Drugs | ELL: N | Males | Black | 3 | | 3 | |
| | | | White | | 1 | 1 | |

**NOTE:  Students are included in the Special Ed and ELL count if enrolled in these programs at anytime within the selected school year. Student participation in 504 is based on data at the time the report was run.**

EXHIBIT 1-H

# School Year 2024 Discipline Demographics Report

**Student Count of Discipline Involvement (Students with multiple occurrences of an incident are counted only once per incident code)**

| | | | | Special ED | | 504 | |
|---|---|---|---|---|---|---|---|
| | | | | N | Y | N | Y |
| Drugs | ELL: N | Females | Black | 1 | | 1 | |
| Fighting | ELL: N | Males | Black | 28 | 6 | 27 | 7 |
| | | | Hispanic or Latino | 1 | | 1 | |
| | | | Two or More Races | 2 | | 1 | 1 |
| | | | White | 7 | 1 | 8 | |
| | | Females | Black | 20 | 2 | 17 | 5 |
| | | | White | 5 | | 5 | |
| Habitual Misbehavior | ELL: N | Males | Black | 1 | | 1 | |
| Harassment | ELL: N | Males | Black | 3 | | 3 | |
| | | | White | 2 | | 2 | |
| | | Females | Black | 1 | | | 1 |
| Inappropriate Activity | ELL: N | Males | Black | 2 | | 1 | 1 |
| | | | White | 1 | | 1 | |
| Inappropriate Contact | ELL: N | Males | Black | 5 | 1 | 4 | 2 |
| | | | White | 1 | 1 | 2 | |
| | | Females | Black | 3 | | 3 | |
| | | | White | 1 | | 1 | |
| Instigating | ELL: N | Males | Black | 8 | 2 | 10 | |
| | | | Hispanic or Latino | 1 | | 1 | |
| | | | Two or More Races | 1 | | 1 | |
| | | | White | 1 | | 1 | |
| | | Females | Black | 6 | 3 | 8 | 1 |
| | | | White | | 1 | 1 | |
| Insubordination | ELL: N | Males | Black | 11 | 4 | 12 | 3 |

**NOTE:  Students are included in the Special Ed and ELL count if enrolled in these programs at anytime within the selected school year. Student participation in 504 is based on data at the time the report was run.**

EXHIBIT 1-H

# School Year 2024 Discipline Demographics Report

**Student Count of Discipline Involvement (Students with multiple occurrences of an incident are counted only once per incident code)**

| | | | | Special ED | | 504 | |
|---|---|---|---|---|---|---|---|
| | | | | N | Y | N | Y |
| Insubordination | ELL: N | Males | White | 1 | 2 | 3 | |
| | | Females | Black | 17 | 5 | 16 | 6 |
| | | | Two or More Races | 1 | | 1 | |
| Knife | ELL: N | Males | White | 1 | 1 | 2 | |
| Lying | ELL: N | Males | Black | 1 | | 1 | |
| Obscene Material | ELL: N | Males | Black | 1 | | 1 | |
| Other | ELL: N | Males | Black | 4 | | 4 | |
| | | | White | 1 | | 1 | |
| Personal Electronic Device | ELL: N | Males | Black | 1 | 1 | 1 | 1 |
| | | | Hispanic or Latino | | 1 | 1 | |
| | | | Two or More Races | 1 | | 1 | |
| | | Females | Black | 2 | | 2 | |
| Physical Attack/Harm on Staff | ELL: N | Males | Black | 1 | | | 1 |
| | | | Two or More Races | 1 | | | 1 |
| | | Females | Black | 1 | | | 1 |
| Physical Attack/Harm on Student | ELL: N | Males | Black | 13 | 3 | 13 | 3 |
| | | | Hispanic or Latino | | 1 | 1 | |
| | | | Two or More Races | 1 | | | 1 |
| | | | White | 5 | 2 | 7 | |
| | | Females | Black | 6 | 3 | 9 | |
| | | | White | 2 | | 2 | |
| Profanity | ELL: N | Males | Black | 10 | 4 | 11 | 3 |
| | | | Hispanic or Latino | | 1 | 1 | |
| | | | Two or More Races | 1 | | | 1 |

**NOTE: Students are included in the Special Ed and ELL count if enrolled in these programs at anytime within the selected school year. Student participation in 504 is based on data at the time the report was run.**

EXHIBIT 1-H

## School Year 2024 Discipline Demographics Report

**Student Count of Discipline Involvement (Students with multiple occurrences of an incident are counted only once per incident code)**

| | | | | Special ED | | 504 | |
|---|---|---|---|---|---|---|---|
| | | | | N | Y | N | Y |
| Profanity | ELL: N | Males | White | 4 | 2 | 5 | 1 |
| | | Females | Black | 18 | 3 | 18 | 3 |
| | | | White | 1 | | 1 | |
| Sexual Harassment | ELL: N | Males | Black | 2 | | 2 | |
| | | Females | White | 1 | | 1 | |
| Stealing/Theft | ELL: N | Males | Black | 1 | | 1 | |
| | | Females | Black | | 1 | 1 | |
| Tardy | ELL: N | Males | White | 1 | | 1 | |
| Technology Use Violation | ELL: N | Males | Black | | 1 | 1 | |
| | | | Hispanic or Latino | | 1 | 1 | |
| | | | White | 1 | | | 1 |
| | | Females | Black | 1 | | | 1 |
| Terroristic Threats | ELL: N | Males | Black | 5 | | 5 | |
| | | Females | Black | 2 | 1 | 3 | |
| Threaten Teacher | ELL: N | Males | Black | 2 | | 1 | 1 |
| | | | Two or More Races | 1 | | | 1 |
| | | Females | Black | 1 | | | 1 |
| Tobacco/e-Cigarette/Vaping Devices | ELL: N | Males | Black | 4 | 3 | 7 | |
| | | | Hispanic or Latino | | 1 | 1 | |
| | | | White | 9 | | 8 | 1 |
| | | Females | Black | 5 | | 4 | 1 |
| | | | Two or More Races | 1 | | 1 | |
| | | | White | 3 | | 3 | |
| Transportation | ELL: N | Males | Black | 7 | | 7 | |

**NOTE:  Students are included in the Special Ed and ELL count if enrolled in these programs at anytime within the selected school year. Student participation in 504 is based on data at the time the report was run.**

EXHIBIT 1-H

## School Year 2024 Discipline Demographics Report

**Student Count of Discipline Involvement (Students with multiple occurrences of an incident are counted only once per incident code)**

| | | | | Special ED | | 504 | |
|---|---|---|---|---|---|---|---|
| | | | | N | Y | N | Y |
| Transportation | ELL: N | Males | White | 3 | 1 | 4 | |
| | | Females | Black | 1 | | | 1 |
| Vandalism | ELL: N | Males | Black | 3 | | 3 | |
| | | | White | | 1 | 1 | |
| | | Females | Black | 1 | | 1 | |
| Weapon | ELL: N | Females | Black | 1 | | 1 | |

**Student Count of Discipline Action Assigned (Students with multiple occurrences of an action are counted only once per action code)**

| | | | | Special ED | | 504 | |
|---|---|---|---|---|---|---|---|
| | | | | N | Y | N | Y |
| Bus Suspension | ELL: N | Males | Black | 7 | | 7 | |
| | | | White | 3 | 1 | 4 | |
| | | Females | Black | 1 | | | 1 |
| Corporal Punishment | ELL: N | Males | Black | 21 | 3 | 20 | 4 |
| | | | Hispanic or Latino | 1 | 1 | 2 | |
| | | | Two or More Races | 1 | | 1 | |
| | | | White | 7 | 1 | 8 | |
| | | Females | Black | 16 | 4 | 19 | 1 |
| | | | White | 4 | | 4 | |
| Detention | ELL: N | Females | Black | 1 | | 1 | |
| In-School Suspension | ELL: N | Males | Black | 60 | 10 | 57 | 13 |
| | | | Hispanic or Latino | 1 | 2 | 3 | |
| | | | Two or More Races | 3 | | 2 | 1 |
| | | | White | 20 | 6 | 25 | 1 |

**NOTE:  Students are included in the Special Ed and ELL count if enrolled in these programs at anytime within the selected school year. Student participation in 504 is based on data at the time the report was run.**

EXHIBIT 1-H

# School Year 2024 Discipline Demographics Report

**Student Count of Discipline Action Assigned (Students with multiple occurrences of an action are counted only once per action code)**

| | | | | Special ED N | Special ED Y | 504 N | 504 Y |
|---|---|---|---|---|---|---|---|
| In-School Suspension | ELL: N | Females | Black | 40 | 8 | 40 | 8 |
| | | | Hispanic or Latino | | 1 | 1 | |
| | | | Two or More Races | 1 | | 1 | |
| | | | White | 7 | 1 | 7 | 1 |
| OCS-On Campus Suspension | ELL: N | Males | Black | 15 | 6 | 19 | 2 |
| | | | Two or More Races | 3 | | 1 | 2 |
| | | | White | 9 | 1 | 9 | 1 |
| | | Females | Black | 15 | | 11 | 4 |
| | | | Two or More Races | 1 | | 1 | |
| | | | White | 2 | | 2 | |
| Other | ELL: N | Males | White | | 1 | 1 | |
| | | Females | Black | 1 | | | 1 |
| Out-of-School Suspension (not to exceed 10 days) | ELL: N | Males | Black | 12 | 6 | 14 | 4 |
| | | | Two or More Races | 2 | | 1 | 1 |
| | | | White | 4 | 2 | 5 | 1 |
| | | Females | Black | 14 | 5 | 17 | 2 |
| | | | Two or More Races | 1 | | 1 | |
| | | | White | 2 | | 2 | |
| Parent/Guardian Conference | ELL: N | Females | Black | 1 | 1 | 2 | |
| Warning | ELL: N | Males | Black | 3 | | 1 | 2 |
| | | | White | 1 | | | 1 |
| | | Females | Black | 1 | | 1 | |

**NOTE:  Students are included in the Special Ed and ELL count if enrolled in these programs at anytime within the selected school year. Student participation in 504 is based on data at the time the report was run.**

EXHIBIT 1-H

# School Year 2024 Discipline Demographics Report

### Students With Only One Occurrence of Out of School Suspension

| | | | Special ED | | 504 | |
|---|---|---|---|---|---|---|
| | | | N | Y | N | Y |
| ELL: N | Females | Black | 6 | 2 | 7 | 1 |
| | | Two or More Races | 1 | | 1 | |
| | | White | 2 | | 2 | |
| | Males | Black | 5 | 2 | 5 | 2 |
| | | Two or More Races | 1 | | 1 | |
| | | White | 3 | 2 | 5 | |

### Students With Multiple Occurrences of Out of School Suspension (Each student counted only once)

| | | | Special ED | | 504 | |
|---|---|---|---|---|---|---|
| | | | N | Y | N | Y |
| ELL: N | Females | Black | 8 | 3 | 10 | 1 |
| | Males | Black | 7 | 4 | 9 | 2 |
| | | Two or More Races | 1 | | | 1 |
| | | White | 1 | | | 1 |

**NOTE:  Students are included in the Special Ed and ELL count if enrolled in these programs at anytime within the selected school year. Student participation in 504 is based on data at the time the report was run.**

EXHIBIT 1-H