**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**MARY TURNER, et al.**                                                                                   **PLAINTIFFS**

**vs.**                           **Case No. 4:92-cv-04040-SOH**

**LEWISVILLE SCHOOL DISTRICT NO. 1**                                      **DEFENDANT**

*RESPONSE TO MOTION FOR DECLARATION OF UNITARY STATUS*

Plaintiffs, through undersigned counsel, submit the following Response to Motion for Declaration of Unitary Status:

1. On September 18, 2024, Defendant filed a Motion for Declaration of Unitary Status.

2. In response to Defendant's motion, Plaintiffs do not object to unitary status in any area except currently for student discipline.

3. Plaintiffs and Defendant have been working on an agreement to address Plaintiffs' concerns regarding student discipline. On November 19, 2024, a proposal to satisfy Plaintiffs' concerns will be put before Defendant's board. If the Board approves this proposal, then Plaintiffs will remove their objection to unitary status for Defendant.

WHEREFORE, Plaintiffs respectfully request that the Court deny Defendant's Motion for Unitary Status in the area of student discipline and grant all other appropriate relief.

Respectfully submitted,

Shawn G. Childs
Bar No. 99058

1

WALKER & CHILDS, PLLC
1815 S. State Street
Little Rock, Arkansas  72206
501-287-8680 (Telephone)
501-222-8872 (Facsimile)
Email: schilds@walkerandchilds.com


ATTORNEY FOR PLAINTIFFS