IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**MARY TURNER, ET AL**                                                                                  **PLAINTIFFS**

v.                                            **CASE NO. 4:92-cv-4040**

**LEWISVILLE SCHOOL DISTRICT NO. 1**                                       **DEFENDANTS**

## JOINT STATUS REPORT

Come now the Plaintiffs and Lafayette County School District ("LCSD"), through its attorneys, Shawn Childs and Whitney F. Moore, and report to the Court as follows regarding LCSD's motion for unitary status:

1. This case originated in 1992, when a complaint was filed by a Black staff member, Mary Turner, and Black parents or guardians of minor school-aged children alleging racial discriminatory practices within Lewisville School District No. 1. LCSD is the successor to the former Lewisville School District, and is the only remaining defendant in this case.

2. On March 4, 1993, the Court approved a consent decree proposed by the parties ("1993 Decree") that addressed the following general and specific areas: (1) elimination of discriminatory policies and practices overall, (2) elimination of a racially discriminatory environment, (3) faculty and staff assignments, (4) student assignments, (5) special education, (6) school programs, activities, assignments, and rewards, (7) student discipline, and (8) student retention. *See generally*, Doc. 9, 1993 Decree. The District was also required to submit annual reports to plaintiffs' counsel for a period of three years following entry of the 1993 Decree. *Id*.

3. On September 18, 2024, LCSD filed with this Court its Motion for Declaration of Unitary Status (Doc. 112) and a supporting brief (Doc. 113), in which LCSD stated that it has operated in good faith and substantially complied with the provisions of the 1993 Decree since approximately the 1993-1994 school year.

4. On November 18, 2024, counsel for the Plaintiffs filed a response to LCSD's motion (Doc. 118), which states that the Plaintiffs do not object to LCSD being declared unitary in any area, with the single exception of student discipline.

5. The Plaintiffs and LCSD have engaged in good faith discussions regarding student discipline, and have reached the following agreement:

    a. To address the Plaintiffs' concerns regarding its discipline practices, LCSD will eliminate its use of corporal punishment as a means of disciplining students enrolled in the District as soon as reasonably possible following entry of an order by this Court granting its motion for unitary status; and,

    b. The Plaintiffs will agree to remove their objection to unitary status for LCSD and hereby stipulate that the Court should declare LCSD fully unitary, including with respect to student discipline, which, if approved by this Court, will allow the Court to issue an order declaring that LCSD is fully unitary and dismissing all parties from this case, with prejudice.

6. The parties also wish to resolve the issue of potential attorneys' fees incurred in connection with LCSD's motion for unitary status. LCSD agrees to bear the costs of its own representation. LCSD further agrees to make a one-time payment of $3,500.00 to counsel for the Plaintiffs as a reasonable attorney's fee for work done on behalf of the Plaintiffs in this case, which shall be paid within one school week of entry of an order by this Court granting its motion for unitary status.

WHEREFORE, the Plaintiffs and LCSD respectfully pray that the Court approve the terms of their agreement and stipulation as set forth herein, declare LCSD fully unitary, withdraw all federal court supervision, and dismiss this case with prejudice, and for all other just and proper relief.

        Respectfully submitted,

        WALKER & CHILDS, PLLC
        1815 S. State Street
        P.O. Box 3462
        Little Rock, Arkansas 72206
        Phone: (501) 287-8680
        Email: schilds@walkerandchilds.com

By:    **Shawn G. Childs**
        Shawn G. Childs (Ark. Bar No. 99058)

        Attorney for Plaintiffs


        WHITNEY F. MOORE, P.A.
        23 Huntington Road
        Little Rock, Arkansas 72227
        Phone: (870) 818-5490
        Email: whitney@aprobertslaw.com

By:    **Whitney F. Moore**
        Whitney F. Moore (Ark. Bar No. 2009193)

        Attorney for Lafayette County School District